

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00901-CV

**Donna Kohlhausen, as Independent Executor of the Estate of Valleyssa Joste Cerra**

**v.**

**Brian Keith Baxendale, as Independent Executor of the Estate of Kelley William Joste aka William Kelley Joste**

NO. 295,986-401 IN THE PROBATE COURT NO 2 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 02/19/2016 | E-PAID | APE |
| MT FEE | $10.00 | 12/23/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 11/18/2015 | E-PAID | ANT |
| STATEWIDE EFILING | $30.00 | 11/10/2015 | E-PAID | ANT |
| FILING | $175.00 | 11/10/2015 | E-PAID | ANT |
| RPT RECORD | $219.00 | 11/06/2015 | UNKNOWN | ANT |
| CLK RECORD | $147.00 | 11/06/2015 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $601.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this 25th day of May, 2018.

CHRISTOPHER A. PRINE
CLERK OF THE COURT